LOURIE, Circuit Judge, dissents from the denial of the petition for rehearing en banc without opinion.
WALLACH, Circuit Judge, dissents from the denial of the petition for rehearing en banc.
ON PETITION FOR REHEARING EN BANC
PER CURIAM.
ORDER
A petition for rehearing en banc was filed by appellant Schaeffler Group USA, Inc., and responses thereto were invited by the court and filed by the appellees. The petition for rehearing and responses were referred to the panel that heard the appeal, and thereafter, to the circuit judges who are in regular active service. A poll was requested, taken, and failed.
*1192 Upon consideration thereof,
It IS ORDERED THAT:
The petition for panel rehearing is denied. The petition for rehearing en banc is denied.
The mandate of the court will issue on November 6, 2015.